UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMCAST OF MASSACHUSETTS
  Plaintiff,

V                                                   CA 05-10687-JLT

LYNNE NUTTON
  Defendant.

ORDER

APRIL 13, 2005

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

_____
United States District Judge