## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | **Case No.:  1:05-cv-10687 JLT** |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S REQUEST** |
| | ) | **FOR ENTRY OF DEFAULT** |
| vs. | ) | |
| | ) | |
| **Lynne Nutton** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

Now comes the Plaintiff Comcast of Massachusetts I, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendant Lynne Nutton (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendant has failed to appear, has failed to serve a responsive pleading, and has failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against the Defendant.  The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

5/25/05
Date

_/s/ John M. McLaughlin_____
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. 210
Northampton, MA 01061
Telephone:  (413) 586-0865
BBO No. 556328

Page    1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 25th day of May, 2005, a copy of the foregoing Request for Default was mailed first class to:

Lynne Nutton
154 Hampshire Road
Methuen, MA 01844

/s/ John M. McLaughlin
John M. McLaughlin, Esq.