# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | **Case No.:  04-12696-MEL** |
| ) | |
| **Plaintiff,** ) | **AFFIDAVIT OF ATTORNEY FOR** |
| ) | **PLAINTIFF'S REQUEST** |
| **vs.** ) | **FOR DEFAULT** |
| ) | |
| **Lynne Nutton** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On April 7, 2005, the Plaintiff filed a Complaint against the Defendant, **Lynne Nutton**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On May 2, 2005, the said Defendant was served **by leaving at the last and usual place of abode, by Deputy Sheriff Larry Giordano** (see summons filed 5/16/2005).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6. I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 26th day of May, 2005.

        Respectfully Submitted for the Plaintiff,
        By Its Attorney,


        __/s/John M. McLaughlin___
        John M. McLaughlin
        **Green, Miles, Lipton & Fitz-Gibbon LLP**
        77 Pleasant Street
        P.O. 210
        Northampton, MA 01061
        Telephone: (413) 586-0865
        BBO No. 556328