UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>COMCAST OF MASSACHUSETTS, INC.</u>
       Plaintiff(s)                            CIVIL ACTION
                                                    NO. <u>05-10687-MLW</u>
             V.

<u>LYNNE NUTTON</u>
       Defendant(s)

## <u>NOTICE OF DEFAULT</u>

Upon application of the Plaintiff(s) , <u>COMCAST OF MASSACHUSETTS, INC.,</u> for an order of Default for failure of the Defendant(s),<u>LYNNE NUTTON,</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>2ND</u> day of <u>SEPTEMBER</u> , 20<u>05</u>.

SARAH A. THORNTON, CLERK

By:    <u>/s/ Dennis O'Leary</u>
           Deputy Clerk

Notice mailed to:

(default.not - 10/96)                                                                            [ntcdflt.]